**UNITIED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRADLEY C. SHUSHMAN                                    CASE NO.: 8:19-cv-2662

      Plaintiff,

vs.

BANK OF AMERICA, N.A.,

      Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT AS TO BANK OF AMERICA, N.A.**

Plaintiff, Bradley C. Shushman ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Pending Settlement as to Bank of America, N.A., and states that the Plaintiff and Defendant, Bank of America, N.A., have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff and Defendant, Bank of America, N.A, expect to file the appropriate dismissal documents within sixty (60) days.

Dated this 10th day of February, 2020.

                                              */s/ Christopher W. Boss*
                                              **Christopher W. Boss, Esq.**
                                              Fla. Bar No.: 13183
                                              **Andrea D. Abercrombie, Esq.**
                                              Fla. Bar No.: 91402
                                              **BOSS LAW**
                                              Email: cpservice@bosslegal.com
                                              9887 4th Street North, Suite 202
                                              St. Petersburg, Florida 33702
                                              Phone: (727) 471-0039
                                              Fax: (888) 449-8792
                                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 10th day of February 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following:

Jason R. Bowyer, Esq.
jbowyer@mcguirewoods.com
fladmin@mcguirewoods.com
Brian A. Wolf, Esq.
bwolf@mcguirewoods.com
flservice@mcguirewoods.com
McGuireWoods LLP
50 North Laura Street, 3300
Jacksonville, Florida 32202
*Attorneys for Bank of America, N.A*

                                           */s/ Christopher W. Boss*
                                           **Christopher W. Boss, Esq.**