**UNITIED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRADLEY C. SHUSHMAN                         CASE NO.: 8:19-cv-2662

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss* | */s/ Brian A. Wolf* |
| Christopher W. Boss, Esq. | Jason R. Bowyer. Esq, |
| Florida Bar No.: 13183 | Florida Bar No.: 0693731 |
| Andrea D. Abercrombie, Esq. | jbowyer@mcguirewoods.com |
| Florida Bar No.: 91402 | fladmin@mcguirewoods.com |
| BOSS LAW | Brian A. Wolf, Esq. |
| 9887 Fourth Street North, Suite 202 | Florida Bar No.: 0092610 |
| St. Petersburg, Florida 33702 | bwolf@mcguirewoods.com |
| Telephone: (727) 471-0039 | flservice@mcguirewoods.com |
| Facsimile: (888) 449-8792 | McGuireWoods LLP |
| cpservice@bosslegal.com | 50 North Laura Street, 3300 |
| *Attorney for Plaintiff* | Jacksonville, Florida 32202 |
| | Phone: (904) 798-3200 |
| | Facsimile: (904) 798-3207 |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 27th day of February, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following parties:

Jason R. Bowyer, Esq.
jbowyer@mcguirewoods.com
fladmin@mcguirewoods.com
Brian A. Wolf, Esq.
bwolf@mcguirewoods.com
flservice@mcguirewoods.com
McGuireWoods LLP
50 North Laura Street, 3300
Jacksonville, Florida 32202
*Attorneys for Bank of America, N.A*

                */s Christopher W. Boss*
                Christopher W. Boss