UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRADLEY C. SHUSHMAN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No: 8:19-cv-2662-T-36CPT

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 22). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 22).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on February 27, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record